**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 4 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CITY OF STOCKTON, California,<br><br>  Debtor.<br><br>———————————————<br><br>MICHAEL A. COBB,<br><br>  Objector - Appellant,<br><br>  v.<br><br>CITY OF STOCKTON,<br><br>  Debtor - Appellee. | No. 14-17269<br><br>D.C. No. 12-32118<br>Eastern District of California,<br>Sacramento<br><br><br>ORDER |

On November 14, 2014, the court issued an order opening this appeal which noted that the filing and docketing fees for this appeal were due within 14 days after the date of the order.

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 14 days after the date of this order, appellant shall pay to the bankruptcy court the $505.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis. Failure to pay the fees or file a motion to proceed in forma

AS/MOATT

pauperis shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall serve a Form 4 financial affidavit on appellant.

The briefing schedule established previously remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Arwen Swink
Motions Attorney/Deputy Clerk